CO-386-online
10/03

# United States District Court
# For the District of Columbia

CAROLYN CHILES-PATT )
)
)
)
                 Plaintiff )   Civil Action No. 1:17-cv-02716-RC
   vs )
JOHNSON & JOHNSON, et al. )
)
)
                Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for **Defendant Imerys Talc America, Inc., f/k/a Luzenac America, Inc.** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **Defendant Imerys Talc America, Inc., f/k/a Luzenac America, Inc.** which have any outstanding securities in the hands of the public:

Imerys Minerals Holding Limited (UK) owns 100% of the shares of Imerys Talc America, Inc. Imerys USA, Inc. owns 100% of the shares of Imerys Minerals Holding Limited (UK). Imerys S.A. owns 100% of the shares of Imerys USA, Inc. Imerys S.A. is publicly traded on NYSE Euronext Paris.

These representations are made in order that judges of this court may determine the need for recusal.

                                            Attorney of Record
                                            *[signature]*
                                            Signature

DC Bar #992929                                 Julia K. Whitelock
BAR IDENTIFICATION NO.                Print Name

                                              1300 I Street, NW, Suite 825
                                              Address

                                              Washington, DC 20005
                                              City            State          Zip Code

                                              (202) 399-1009
                                              Phone Number

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 9th day of February, 2018, I electronically filed the forgoing document with the Clerk of the Court using CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

Michelle A. Parfitt
James F. Green
ASHCRAFT & GEREL
4900 Seminary Road
Suite 650
Alexandria, VA 22311
*Attorneys for Plaintiff*

                 */s/ Julia K. Whitelock*
                 Julia K. Whitelock