IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROLYN CHILES-PATT, | ) |
| Plaintiff, | ) Case No.: 1:17-cv-02716-RC |
| v. | ) Hon. Rudolph Contreras |
| JOHNSON & JOHNSON, et al., | ) |
| Defendants. | ) |

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for **JOHNSON & JOHNSON CONSUMER INC.** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **JOHNSON & JOHNSON CONSUMER INC.** which have any outstanding securities in the hands of the public:

JOHNSON & JOHNSON

These representations are made in order that judges of this court may determine the need for recusal.

Dated: February 12, 2018

Respectfully submitted,

SHOOK, HARDY & BACON, L.L.P.

/s/ John C. Coots
Michelle R. Mangrum (Bar No. 473634)
John Chadwick Coots (Bar No. 461979)
1155 F Street, N.W., Suite 200
Washington, D.C. 20004
Telephone:  (202) 783-8400
Facsimile:  (202) 783-4211
mmangrum@shb.com
jcoots@shb.com

650770 v1

*Attorneys for Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2018, a true and accurate copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

| | |
|---|---|
| Michelle A. Parfitt<br>James F. Green<br>ASHCRAFT & GEREL, LLP<br>4900 Seminary Rd., Suite 650<br>Alexandria, VA 22311<br>Telephone: (703) 931-5500<br>Email: mparfitt@ashcraftlaw.com<br>Email: jgreen@ashcraftlaw.com<br><br>*Attorneys for Plaintiff* | Julia Whitelock<br>GORDON & REES, LLP<br>1300 I Street, NW, Suite 825<br>Washington, D.C. 20005<br>Telephone: (202) 372-9076<br>Email: jwhitelock@gordonrees.com<br><br>*Attorneys for Defendant Imerys Talc America f/k/a Luzenac America, Inc.* |

I further certify that on February 12, 2018, a true and accurate copy of the foregoing document was served by first-class U.S. Mail, postage prepaid, to the following:

| | |
|---|---|
| P. Leigh O'Dell<br>BEASLEY, ALLEN, CROW, METHVIN,<br>PORTIS & MILES, PC<br>Post Office Box 4160<br>Montgomery, AL 36103<br>Telephone (334) 269-2343<br>leigh.odell@beasleyallen.com<br><br>*Attorneys for Plaintiff* | Thomas T. Locke<br>SEYFARTH SHAW LLP<br>975 F Street NW<br>Washington, DC 20004<br>Telephone: (202) 463-2400<br>Facsimile: (202) 641-9187<br>Email: tlocke@seyfarth.com<br><br>*Attorneys for Personal Care Products Council* |

/s/ John C. Coots
*Attorney for Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc.*

650770 v1